**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8096**

EDWIN MILTON; RASHAD FRAIERSON,

    Plaintiffs - Appellants,

    v.

MISS BURWELL, Treatment Counselor; MISS FIELDS, TPS
Supervisor; MR. G. BUGG, Grievance Coordinator; WILLIAMS,
Assistant Warden; PONTON, Warden; CHARLENE DAVIS, Regional
Director,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (1:09-cv-01074-CMH-IDD)

Submitted: June 14, 2010    Decided: June 30, 2010

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edwin Milton, Rashad Fraierson, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Milton and Rashad Fraierson appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly we affirm for the reasons stated by the district court. Milton v. Burwell, No. 1:09-cv-01074-CMH-IDD (E.D. Va. Oct. 15, 2009). We deny Appellants' motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED